**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

In re:

**NEWMAN LASIK SPECIALIST, LTD,**

    **and**                         **CIV 11-0051 LAM/ACT**

**NEWMAN LASIK SPECIALISTS, LLC**
_____

**LEONARD A. NEWMAN, M.D.**
       **Applicant**

# STIPULATED ORDER APPROVING
# EXTENDING RECEIVER'S APPOINTMENT

**THIS MATTER** comes before the Court upon the stipulation of Carl Alongi (the "Receiver"), Newman Lasik Specialist, Ltd, Newman Lasik Specialists, LLC (together "Newman Lasik"), and Leonard A. Newman, M.D. ("Applicant"), all by their respective counsel, as shown by the approvals set forth below, and the Court, being sufficiently advised, FINDS:

A.    Applicant applied for judicial dissolution of Newman Lasik and appointment of receiver on January 17, 2011 (Docket No. 1) (the "Application").

B.    Pursuant to the Stipulated Order for Appointment of Receiver, filed January 21, 2011 (Docket No. 7) (the "Order"), Receiver was appointed as receiver of all of the assets of Newman Lasik (the "Receivership Estate"), a role in which he continues to serve.

C.    The Order provides that the Receiver's appointment shall automatically terminate effective June 1, 2011 unless his appointment shall be continued by further order of the Court.

D.      The Receiver has issued detailed reports to the parties of his activities pursuant to the Order, as shown by the Notices of Filing and Service of Receiver's Reports filed as Docket Nos. 8 through 11.

E.      The Receiver has worked diligently to accomplish the tasks described in the Order at paragraph 3 but has not completed the assignments. Additional time is necessary and reasonable for Receiver to complete the assigned tasks.

F.      The parties have agreed to an extension through July 1, 2011. Receiver reserves the right to file a motion for a further extension.

**IT IS THEREFORE ORDERED** that the Receiver's appointment is extended through July 1, 2011 unless continued by further order of the Court.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**

SUBMITTED BY:

THUMA & WALKER, P.C.

By:  _s/ Thomas D. Walker_
        Thomas D. Walker
        Sam I. Roybal
        500 Marquette N.W., Suite 650
        Albuquerque, New Mexico 87102
        (505) 766-9272
Attorneys for Receiver


APPROVED:

RAMMELKAMP, MUEHLENWEG, & CORDOVA, P.A.

By: Approved by e-mail 05/27/2011
        Robert J. Muehlenweg
        Lara White Davis
        316 Osuna N.E., Unit 201
        Albuquerque, New Mexico 87107
        (505) 247-8860
Attorneys for Applicant

TIMOTHY M. PADILLA & ASSOCIATES
By: Approved by telephone 05/20/2011
        Timothy M. Padilla
        Roberta Yurcic
        1412 Lomas Blvd. N.W.
        Albuquerque, New Mexico 87104
        (505) 842-0392
Attorneys for Newman Lasik