IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE:<br><br>NEWMAN LASIK SPECIALIST, LTD.,<br>a New Mexico Corporation,<br><br>and<br><br>NEWMAN LASIK SPECIALISTS, LLC,<br>a New Mexico Limited Liability Company,<br>---------------------------------------------------------<br><br>Leonard A. NEWMAN, M.D.<br>    Applicant | Cause No.: CIV-11-51 LAM/ACT |

### *AMENDED* STIPULATED MOTION TO DISMISS

THIS MATTER came before the Court for hearing on November 16, 2011. The Court having found that the matter as recently escalated in complexity based on allegations made in a collateral action pending in state court, and declined to continue to exercise its supplemental jurisdiction, has directed the parties to dismiss the instant action.

Pursuant to the Court's direction, the parties hereby stipulate to: re-file the action seeking judicial dissolution in state court, and request that the state court afford full faith and credit to this Court's Order For Appointment of Receiver [Doc. 7] recognizing that the Receiver's term expired on July 1, 2011, and that the Receiver has asserted a Charging Lien which must be resolved as part of the judicial dissolution.

**RESPECTFULLY SUBMITTED BY**:

RAMMELKAMP, MUEHLENWEG & CORDOVA, P. A.
Attorneys at Law

By:     /s/ *Lara White Davis*
    Robert J. Muehlenweg
    Lara White Davis
    Sun Valley Commercial Center
    316 Osuna NE, Unit 201
    Albuquerque NM 87107
    505-247-8860
    *Attorneys for Applicant, Leonard A. Newman, M.D.*


MCBRIDE SCICCHITANO & LEACOX

    approved/acknowledged
By:  _via 11/30/2011 correspondence_____
    Rodney L. Gabaldon, Esq.
    6565 Americas Parkway, NE, Suite 200
    Albuquerque, NM  87110
    (505) 563-5888
    rgabaldon@mslfirm.com
    Attorneys for Newman Lasik Specialist, LTD, and Newman Lasik Specialists, LLC

THE PARTIES' STIPULATION AS SET FORTH ABOVE IS HEREBY ACKNOWLEDGED BY COUNSEL FOR THE COURT-APPOINTED RECEIVER, CARL ALONGI:

                                        THUMA & WALKER, P.C.

                              approved/acknowledged
                      By:  _via 12/8/2011 correspondence_____
                        Thomas D. Walker
                        Sam I. Roybal
                        500 Marquette N.W., Suite 650
                        Albuquerque, New Mexico 87102
                        (505) 766-9272
                        Attorneys for Receiver

g:\data\lawfirm\2558\2010283\00103109.docx